AO 91 (Rev. 11/11)  Criminal Complaint (Rev. by USAO on 3/12/20)    ☐ Original   ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
Central District of California

LODGED
CLERK, U.S. DISTRICT COURT
3/7/2024
CENTRAL DISTRICT OF CALIFORNIA
BY: TV  DEPTUTY

FILED
CLERK, U.S. DISTRICT COURT
03/07/2024
CENTRAL DISTRICT OF CALIFORNIA
BY: ts  DEPUTY

United States of America,

v.

GREGORY JOHNSON,

Defendant(s)

Case No.  2:24-mj-01312

## CRIMINAL COMPLAINT BY TELEPHONE
## OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of March 3, 2024 in the county of Los Angeles in the Central District of California,

the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 641 | Theft of Government Property in Excess of $1,000 |

This criminal complaint is based on these facts:

*Please see attached affidavit.*

☒ Continued on the attached sheet.

/s/ Thomas Vasquez
Complainant's signature

Thomas Vasquez, FPS SA
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: March 7, 2024

Judge's signature

City and state: Los Angeles, California

Hon. Stephanie S. Christensen, U.S. Magistrate Judge
Printed name and title

AUSA: Daniel H. Weiner (x0813)

**AFFIDAVIT**

I, Thomas Vasquez, being duly sworn, declare and state as follows:

## I. PURPOSE OF AFFIDAVIT

1. This affidavit is made in support of a criminal complaint and arrest warrant against Gregory JOHNSON ("JOHNSON") for a violation of 18 U.S.C. § 641: Theft of Government Property in Excess of $1,000 on or about March 3, 2024.

2. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and warrant and does not purport to set forth all of my knowledge of or investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

## II. BACKGROUND OF AFFIANT

3. I am a Special Agent ("SA") with the United States Department of Homeland Security, Federal Protective Service ("FPS"). I have been in this position since August 2017. From 2013 to July 2017, I was an FPS uniformed law enforcement officer. In that position, I conducted various preliminary investigations including theft of U.S. government property. As part of my official duties as a SA, I investigate crimes against the United States that originate on or have a nexus to United States government property, including theft of U.S. government property. I have completed the Criminal

Investigator Training Program and the Uniformed Police Training Program at the Federal Law Enforcement Training Center in Glynco, Georgia, which included training in the investigation of various crimes including theft of U.S. government property.

### III. SUMMARY OF PROBABLE CAUSE

4.  On March 3, 2024, a man later identified as JOHNSON forcefully entered the Federal Public Defender's Office for the Central District of California (the "FPD Office"), located at 321 E. 2nd St., Los Angeles, California 90012.  Surveillance footage from the FPD Office shows JOHNSON walking into the office and stealing two FPD laptop computers.

5.  On March 6, 2024, law enforcement arrested JOHNSON for an unrelated retail theft.  During the arrest, law enforcement searched a car JOHNSON was standing next to – which was reported as stolen – and found multiple laptops inside, including a laptop that matched the serial number of one of the FPD laptops stolen on March 3.  Based on my personal observations of JOHNSON and my comparison to the FPD Office's surveillance footage from March 3, I believe that JOHNSON is the individual who stole the two FPD laptops.

### IV. STATEMENT OF PROBABLE CAUSE

**A.  JOHNSON Forcefully Enters the FPD Office and Steals Two Government Laptops**

6.  Based on my review of video surveillance footage, conversations with other law enforcement officers, and my own knowledge of the investigation, I know that:

    a.  On March 3, 2024, around 4:44 a.m., surveillance footage from the FPD Office shows an individual's hands forcefully yank and pry on the Office's emergency exit door.  Shortly thereafter, footage shows an individual later identified as JOHNSON

force the emergency exit door open, enter the FPD Office, pick up a laptop from a desk, and exit the building with the laptop.

    b.   At approximately 4:48 a.m., footage then shows JOHNSON again pry open the emergency exit door, enter the FPD Office, walk through the reception area, and then enter an interior office.  Footage then shows JOHNSON exit that office, holding a black laptop bag – which was later determined to contain an FPD laptop - and exit the through the FPD Office's main lobby door with the laptop bag.

    **B.**   **The Stolen Government Property is Valued in Excess of $1,000**

7.   Based on my review documentation provided by an IT Supervisor at the FPD Office on March 5, 2024, I know that:

    a.   The total value of the two stolen FPD laptops is approximately $1,525.40.  Specifically, one FPD laptop was identified as an ASUS VivoBook with serial number ending in -430A, valued at $702.41.  The second FPD laptop was identified as an ASUS ZenBook with serial number ending in -3396 valued at $822.99.

8.   Moreover, based on my training and experience and involvement in the investigation, I know that the two FPD laptops are government property because they belong to the FPD Office, a government-funded office.

    **C.**   **LAPD Officers Arrest JOHNSON and Find One of the Stolen FPD Laptops**

9.   Based on my conversations with other law enforcement officers and my own knowledge of the investigation, I know that:

    a.   On March 6, 2024, Los Angeles Police Department ("LAPD") officers assigned to a retail theft team conducted

surveillance at a Warehouse Shoe Store ("WSS") located at 4001 S. Main St. in Los Angeles.

        b.    WSS employees saw JOHNSON steal items inside the store and notified the LAPD officers.  LAPD officers then saw JOHNSON standing next to the trunk of a car in the store's parking lot and ordered him to move away from the car.  The officers conducted a registration check of the car, determined that it was reported stolen, and placed JOHNSON under arrest.  The officers then searched the car and found multiple laptops inside, including one laptop with a label indicating the laptop belonged to the FPD Office.  Officers later confirmed that the laptop was an ASUS VivoBook with serial number ending in -430A, i.e., the serial number for one of the stolen FPD Office laptops referenced above.

        c.    After confirming with other LAPD officers that the FPD Office had been recently burglarized, the LAPD officer on the scene of JOHNSON's arrest compared photos of the individual who stole the two FPD laptops on March 3 to JOHNSON.  Based on that comparison, the officer confirmed that JOHNSON appeared to be the same individual who stole the two laptops.

    **D.**    **JOHNSON Matches the Description of the Individual who Stole the FPD Laptops**

10.  On March 7, 2024, I helped transport JOHNSON and conducted an interview with JOHNSON.  During this process, I saw JOHNSON's face and body and, based on my observations, believe that he is the individual seen in the March 3 FPD Office surveillance footage stealing the two FPD laptops.  Moreover, JOHNSON was in possession of a pair of shoes that, based on my observations, appear to be the same shoes worn by the individual who stole the laptops.

## V. CONCLUSION

11. For all of the reasons described above, there is probable cause to believe that JOHNSON violated 18 U.S.C. § 641: Theft of Government Property in Excess of $1,000 on or about March 3, 2024.

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this 7th day of March, 2024.

_____
HONORABLE STEPHANIE S. CHRISTENSEN
UNITED STATES MAGISTRATE JUDGE